| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Blue Water Global Group, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION |
| Case number (if known): | 21-10322-EPK |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adars Bay LLC<br>3411 Indian Creek Dr Apt 403<br>Miami Beach, FL 33140-4058 | | Convertible Promissory Note | | | | $50,810.96 |
| Auctus Private Equity Fund LLC<br>101 Arch St Ste 20<br>Boston, MA 02110-1122 | | Convertible Promissory Note | | | | $56,903.42 |
| Black Mountain<br>Attn: Adam Baker<br>133666 Greenstone Ct<br>San Diego, CA 92101 | | Convertible Promissory Note | | | | $112,000.00 |
| Blue Citi LLC<br>440 E 79th St Apt 4M<br>New York, NY 10075-0092 | | Convertible Promissory Note | | | | $110,759.23 |
| Cardinal Capital Group Inc.<br>Attn: Jason Hightowner, President<br>10943 Ironwood Rd<br>San Diego, CA 92131-1809 | | Convertible Promissory Note | | | | $55,500.00 |
| GW Holdings Group LLC<br>137 Montague St Ste 291<br>Brooklyn, NY 11201-3548 | | Convertible Promissory Note | | | | $55,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Blue Water Global Group, Inc.**  Case number *(if known)* **21-10322-EPK**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JDF Capital Inc. Attn: John Fiero 96 Village Center Dr Freehold, NJ 07728-2526** | | **Convertible Promissory Note** | | | | $119,641.42 |
| **JMJ Financial 644 Fernandez Juncos Ave San Juan, PR 00901** | | **Convertible Promissory Note** | | | | $84,689.49 |
| **JSJ Investments Inc. Attn: Sameer Hirji, President 2665 Villa Creek Dr Ste 214 Dallas, TX 75234-7337** | | **Convertible Promissory Note** | | | | $101,972.60 |
| **JSJ Investments Inc. Attn: Sameer Hirji, President 2665 Villa Creek Dr Ste 214 Dallas, TX 75234-7337** | | **Convertible Promissory Note** | | | | $101,610.96 |
| **JSJ Investments Inc. Attn: Sameer Hirji, President 2665 Villa Creek Dr Ste 214 Dallas, TX 75234-7337** | | **Convertible Promissory Note** | **Contingent Unliquidated Disputed** | | | $53,863.02 |
| **KBM Worldwide Inc. Attn: Seth Kramer 111 Great Neck Rd Ste 216 Great Neck, NY 11021-5408** | | **Convertible Promissory Note** | | | | $83,197.70 |
| **LG Capital Funding LLC Attn: Joseph Lerman, President 1218 Union St Ste 2 Brooklyn, NY 11225-1512** | | **Convertible Promissory Note** | | | | $100,000.00 |

Debtor **Blue Water Global Group, Inc.**  Case number *(if known)* **21-10322-EPK**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **LG Capital Funding LLC**<br>Attn: Joseph Lerman, President<br>1218 Union St Ste 2<br>Brooklyn, NY 11225-1512 | | **Convertible Promissory Note** | | | | $92,164.38 |
| **LG Capital Funding LLC**<br>Attn: Joseph Lerman, President<br>1218 Union St Ste 2<br>Brooklyn, NY 11225-1512 | | | | | | $53,363.01 |
| **Macallan Partners LLC**<br>Attn: Adam Didia, Member<br>1201 N Orange St Ste 7401<br>Wilmington, DE 19801-1286 | | **Convertible Promissory Note** | | | | $81,069.59 |
| **Spero Holdings, LLC**<br>2522 Chambers Rd Ste 100<br>Tustin, CA 92780-6962 | | **Convertible Promissory Note** | | | | $50,000.00 |
| **Union Capital LLC**<br>338 Crown St<br>Brooklyn, NY 11225-3004 | | **Convertible Promissory Note** | | | | $51,698.63 |
| **Vis Vires Group Inc.**<br>Attn: Curt Kramer, President<br>111 Great Neck Rd Ste 216<br>Great Neck, NY 11021-5408 | | **Convertible Promissory Note** | | | | $53,500.00 |
| **Vis Vires Group Inc.**<br>Attn: Curt Kramer, President<br>111 Great Neck Rd Ste 216<br>Great Neck, NY 11021-5408 | | **Convertible Promissory Note** | | | | $79,969.64 |