**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

BLUE WATER GLOBAL GROUP, INC.

      Debtor-in-Possession.
_____/

Case No.: 21-10322-EPK
Chapter 11

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), BLUE WATER GLOBAL GROUP, INC. (the "Debtor-in-Possession"), files this Chapter 11 Case Management Summary and states:

1. Date of Order for Relief Under Chapter 11: *January 14, 2021*

2. Names, case numbers and dates of filing of related debtors: *None*

3. Description of Debtor's business/employment: *Non-operational public company*

4. Location(s) of Debtor's operations and whether the business premises are leased or owned: *500 S. Australian Avenue, Suite 600, West Palm Beach, FL 33401-6237; Debtor does **not** lease premises.*

5. Reasons for filing Chapter 11: *The Debtor is a non-operational public company that seeks to utilize Chapter 11 to eliminate its debt, so that it can be sold or merged into a viable new entity. The Debtor will not become current with its SEC filings, and sold or merged until after the proposed plan is confirmed.*

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: *Miro Zecevic, Chairman – no salary or benefits has been paid to or received by Mr. Zecevic since he became Chairman of the Company*

7. Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this Petition:

    *The Debtor has had no operations since 2015.*

8. Amounts owed to various creditors:

    (a) Obligations owed to priority creditors, including priority tax obligations

    *Internal Revenue Service - unknown*
    *Florida Department of Revenue - unknown*

     *(b)* With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtor securing their claims:

     *There are no secured claims*

     *(c)* Amount of unsecured claims: *approximately $1,775,685.24*

9. General description and *approximate* value of the Debtor's assets:  **-0-**

     *The Debtor has no assets*

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

     *Berkshire Hathaway Direct Insurance Company*
     *Commercial General Liability Insurance Policy# N9BP268035*
     *Property Insurance Policy# (same as above)*
     *Monthly premiums; Policies expired 1/14/2022*

11. Number of employees and amounts of wages owed as of petition date:

     *No employees; no wages*

12. Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of Chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

     *Not applicable.*

13. Anticipated emergency relief to be requested within 14 days from the petition date:

     *None*

DEBTOR:  
BLUE WATER GLOBAL GROUP, INC.

By: _/s/ Miro Zecevic_____  
    Miro Zecevic  
Its: Chairman

ATTORNEY:  
Van Horn Law Group, P.A.  
330 N. Andrews Ave., Suite 450  
Fort Lauderdale, Florida 33301  
(954) 765-3166  
(954) 756-7103 (facsimile)

/s/ Chad T. Van Horn, Esq.  
By:_____  
    Chad T. Van Horn, Esq.  
    Florida Bar No. 0064500  
    Email:Chad@cvhlawgroup.com