**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

BLUE WATER GLOBAL GROUP, INC.   Case No. 21-10322-EPK
                                Chapter 11

        Debtors-in-Possession,
_____/

**EX-PARTE MOTION FOR JOINT ADMINISTRATION**
**OF CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY**

      The above-captioned debtors-in-possession, BLUE WATER GLOBAL GROUP, INC. (the "Debtor"), by and through undersigned counsel, file this *Ex-Parte Motion for Joint Administration of the Debtors Chapter 11 Cases for Procedural Purposes Only* (the "Motion"), pursuant to §§ 105, 302 and 342(a) of the Bankruptcy Code, Fed. R. Bankr. P. 1015(b) and 2002 (n), and Local Rules 1009-1(B), 1015-1(A), 5005-1(G)(1)(n), and 9013-1(C)(14), and request the Court to enter an order ex-parte directing joint administration of the business cases of the Debtor, and, in support thereof, states as follows:

**Case Disposition**

    1.    On January 14, 2021, Flitways Technology, Inc. (Case No. 21-10317-EPK), Tiger Reef, Inc. (Case No. 21-10320-MAM), and Blue Water Global Group, Inc. (Case No. 21-10322-EPK) filed for voluntary relief under Chapter 11 of the Bankruptcy Code (collectively the "Debtors").

    2.    The Debtors are non-operating companies with debt only and are debtors-in-possession pursuant to § 1107(a) and 1108 of the Bankruptcy Code.

    3.    No request has been made for the appointment of a trustee or examiner, and no

creditors' committee has been appointed in these Chapter 11 cases.

4. Pursuant to Local Rule 1015-1, Flitways Technology, Inc. ("Flitways") was the first-filed of the three cases, and is assigned to The Honorable Eric P. Kimball.

5. Blue Water Global Group, Inc. is assigned to the Honorable Eric P. Kimball.

6. Tiger Reef, Inc. has been assigned to the Honorable Mindy A. Mora. Included in the Motion for Joint Administration filed on behalf of Tiger Reef, Inc. is a request to transfer the case to the Honorable Eric P. Kimball.

7. As a result, Debtor is respectfully seeking joint administration pursuant to Local Rule 1015-1(A)(1)(a).

## Background

8. The Debtors are non-operating, non-reporting public companies with the controlled by Miro Zecevic, Chairman and principal of the Debtors.

9. The Debtors filed for bankruptcy to utilize Chapter 11 to eliminate its debt, so that it can be sold or merged into a viable new entity.

10. The Debtors will not become current with its SEC filings, and sold or merged until after the proposed plan is confirmed.

11. These cases are related as all three cases involve similar creditors.

12. The Debtors anticipate filing plans that are very similar in nature.

## Legal Analysis

13. By this Motion, Debtors seek entry of an order directing the joint administration of the Chapter 11 Cases for procedural purposes only.

14. The joint administration will not result in any conflict of interest between the three (3) Debtors.

15. Debtors also request that the caption of the Chapter 11 Cases be modified to reflect the joint administration of the cases as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>FLITWAYS TECHNOLOGY, INC. | Case No.: 21-10317-EPK<br>Chapter 11 |
| and | |
| TIGER REEF, INC. | Case No. 21-10320-EPK<br>Chapter 11 |
| and | |
| BLUE WATER GLOBAL GROUP, INC. | Case No. 21-10322-EPK<br>Chapter 11 |
| Debtors-in-Possession,<br>_____/ | **(JOINTLY ADMINISTERED)** |

16. Further, Debtors request that the Court authorize a combined service list be used for the joint administration, and that combined notices can be sent to creditors of the Debtors' estates.

17. Fed. R. Bankr. P. 1015(b) provides that the Court may order joint administration of the estates of a debtor and its affiliate. Debtors are under common ownership, and thus satisfy the affiliate definition pursuant to § 101(2) of the Bankruptcy Code.

18. Joint administration will not give rise to any conflict of interest among the estates of the cases to be jointly administered.

19. Joint administration will ease the administrative burden for the Court and each Debtor.

20. Further, the joint administration of the cases will not affect any substantive rights of the creditors as the purpose of joint administration is wholly procedural.

21. Therefore, it is appropriate under these circumstances for the Court to enter an Order directing the joint administration of the business cases of FLITWAYS TECHNOLOGY, INC., TIGER REEF, INC., and BLUE WATER GLOBAL GROUP, INC. under the lead case, Flitways Technology, Inc. (Case #21-10317-EPK).

22. A proposed Order is attached hereto as Exhibit "A".

**WHEREFORE** Debtors respectfully requests the entry of an order granting this Motion and directing joint administration of the individual business cases, and for any further relief this Court deems proper.

Dated: January 15, 2021.

**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ Chad Van Horn, Esq.
Chad Van Horn, Esq.
Florida Bar No. 64500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to the following parties on the date and in the manner so stated:

**VIA CM/ECF on 1/15/2021**

Office of the US Trustee                    USTPRegion21.MM.ECF@usdoj.gov

**VIA U.S. MAIL on 1/15/2021**

See attached mailing matrix.

Dated: January 15, 2021

                                            **VAN HORN LAW GROUP, P.A.**
                                            330 N Andrews Ave., Suite 450
                                            Fort Lauderdale, FL 33301
                                            Telephone: (954) 765-3166
                                            Facsimile: (954) 756-7103
                                            mail: Chad@cvhlawgroup.com

By: /s/ Chad Van Horn, Esq.
      Chad Van Horn, Esq.
      Fla. Bar 64500

**EXHIBIT "A" – PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

BLUE WATER GLOBAL GROUP, INC.          Case No. 21-10322-EPK
                                        Chapter 11

        Debtors-in-Possession,
_____/

**ORDER GRANTING**
**EX-PARTE MOTION FOR JOINT ADMINISTRATION OF THE**
**DEBTORS' CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY (DE XX)**

**THIS MATTER** came before the Court upon the Debtor's *Ex-Parte Motion for Joint Administration of the Debtors Chapter 11 Cases for Procedural Purposes Only* (DE XX) (the "Motion"). In the Motion, Debtor sought entry of an order authorizing and directing joint administration of the Debtors Chapter 11 cases. The Court, having reviewed the Motion, finds good cause to grant the Motion.

    **IT IS THEREFORE ORDERED:**

    1.    The Debtor's *Ex-Parte Motion for Joint Administration of the Debtors Chapter 11*

*Cases for Procedural Purposes Only* (DE XX) is **GRANTED**.

2. The above-captioned Chapter 11 cases are hereby consolidated for procedural purposes and shall be jointly administered by this Court.

3. The lead case shall be FLITWAYS TECHNOLOGY, INC. (Case No. 21-10317-EPK).

4. The caption of the Debtors' jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| FLITWAYS TECHNOLOGY, INC. | Case No.: 21-10317-EPK |
| | Chapter 11 |
| and | |
| TIGER REEF, INC. | Case No. 21-10320-EPK |
| | Chapter 11 |
| and | |
| BLUE WATER GLOBAL GROUP, INC. | Case No. 21-10322-EPK |
| | Chapter 11 |
| Debtors-in-Possession, | |
| _____/ | (**JOINTLY ADMINISTERED**) |

5. Debtors are authorized to use a combined service list for the jointly administered Chapter 11 cases, and combined notices shall be sent to all creditors of the Debtors estates.

# # #

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service.)*

```
Label Matrix for local noticing        Blue Water Global Group, Inc.         Adar Bays LLC
113C-9                                 15711 Cedar Grove Ln                  3411 Indian Creek Dr Apt 403
Case 21-10322-EPK                      Wellington, FL 33414-6312             Miami Beach, FL  33140-4058
Southern District of Florida
West Palm Beach
Fri Jan 15 16:47:35 EST 2021

Adars Bay LLC                          Alpha Filings, Inc.                   Auctus Private Equity Fund LLC
3411 Indian Creek Dr Apt 403           c/o Th Mailbox 5241                   101 Arch St Ste 20
Miami Beach, FL  33140-4058            PO Box 523882                         Boston, MA  02110-1122
                                       Miami, FL  33152-3882


Bernard Feldman Esq.                   Black Mountain                        Blue Citi LLC
Naidich Wurman LLP                     Attn: Adam Baker                      440 E 79th St Apt 4M
111 Great Neck Rd Ste 214              133666 Greenstone Ct                  New York, NY  10075-0092
Great Neck, NY  11021-5408             San Diego, CA  92101


CEDE                                   Cardinal Capital Group Inc.           Doty Scott Enterprises Inc.
PO Box 20                              Attn: Jason Hightowner, President     12707 High Bluff Dr Ste 200
New York, NY  10274-0020               10943 Ironwood Rd                     San Diego, CA  92130-2037
                                       San Diego, CA  92131-1809


Florida Department of Revenue          Florida Department of Revenue         GW Holdings Group LLC
8175 NW 12th St Ste 119                PO Box 6668                           137 Montague St Ste 291
Doral, FL  33126-1828                  Tallahassee, FL  32314-6668           Brooklyn, NY  11201-3548


Internal Revenue Service               (p)INTERNAL REVENUE SERVICE           JDF Capital Inc.
7850 SW 6th Ct # 5730                  CENTRALIZED INSOLVENCY OPERATIONS     Attn: John Fiero
Plantation, FL 33324-3210              PO BOX 7346                           96 Village Center Dr
                                       PHILADELPHIA PA 19101-7346            Freehold, NJ  07728-2526


JMJ Financial                          JSJ Investments Inc.                  KBM Worldwide Inc.
644 Fernandez Juncos Ave               Attn: Sameer Hirji, President         Attn: Seth Kramer
San Juan, PR 00907-3103                2665 Villa Creek Dr Ste 214           111 Great Neck Rd Ste 216
                                       Dallas, TX  75234-7337                Great Neck, NY  11021-5408


Kabbage Inc.                           LG Capital Funding LLC                Macallan Partners LLC
925B Peachtree St NE Ste 1688          Attn: Joseph Lerman, President        Attn: Adam Didia, Member
Atlanta, GA  30309-4498                1218 Union St Ste 2                   1201 N Orange St Ste 7401
                                       Brooklyn, NY  11225-1512              Wilmington, DE  19801-1286


Naidich Wurman LLP                     OTC Markets                           Office of the US Trustee
111 Great Neck Rd Ste 214              304 Hudson St Fl 2                    51 S.W. 1st Ave.
Great Neck, NY  11021-5408             New York, NY  10013-1026              Suite 1204
                                                                             Miami, FL 33130-1614


Securities and Exchange Commission     Spero Holdings, LLC                   US Securities & Exchange Commission
Attn: David Baddley, Esq.              2522 Chambers Rd Ste 100              100 F St NE
950 E Paces Ferry Rd NE Ste 900        Tustin, CA  92780-6962                Washington, DC  20549-2000
Atlanta, GA  30326-1382
```

```
Union Capital LLC                  Vis Vires Group Inc.               Vstock Transfer LLC
338 Crown St                       Attn: Curt Kramer, President       18 Lafayette Pl
Brooklyn, NY  11225-3004           111 Great Neck Rd Ste 216          Woodmere, NY  11598-2138
                                   Great Neck, NY  11021-5408


Chad T Van Horn
330 N Andrews Ave #450
Ft Lauderdale, FL  33301-1012
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Services
PO Box 21126
Philadelphia, PA  19114-0326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                 End of Label Matrix
                                   Mailable recipients    33
                                   Bypassed recipients     1
                                   Total                  34
```